| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| **United States of America** | 07 CV 3559 (LAP) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Approx. $84 Million on Deposit...INO Treasury of the Ministry of Finance... | Publication |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**USMS - SDNY**

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

**AT** 500 Pearl Str., NY, NY 10007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL J. GARCIA, U.S. ATTORNEY -SDNY
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA

NEW YORK, NY 10007-1703
ATTENTION: Karyn Leon-Matovick/FSA Paralegal

Number of process to be served with this Form-285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):*
Fold                                                                                                                                Fold

Please publish the attached notice of publication once a week for three consecutive weeks.

USAO#2007V00783  Cats#99-FBI-005634

Please return to: Karyn Leon-Matovick/FSA Paralegal (212) 637-2495

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF   ☐ DEFENDANT
AUSA BARBARA A. WARD
TELEPHONE NUMBER: 212-637-1048    DATE: 5/9/07

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk | Date 5/11/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 7/11/07   Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: 7/11/07 - Notice was published in the New York Law Journal on May 21, 29 and June 4, 2007 (copy attached)

PRIOR EDITIONS MAY BE USED                                                                                     FORM USM-285

ORIGINAL

**STATE OF NEW YORK**
*County of New York,*  s.:

**MISCELLANEOUS**

USA-33s-100-
**NOTICE OF CIVIL FORFEITURE PROCEEDING** Rev. 11/94

UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF NEW YORK— On May 3, 2007, the United States of America commenced a civil action demanding forfeiture thereof under the provisions of 18 U.S.C. § 981 (a) (1) (C), Approximately $84 Million on Deposit in Account No. T-94025 in the name of the Treasury of the Ministry of Finance of the Republic of Kazakhstan at Pitet & Cie, Geneva, Switzerland, formerly on Deposit in Account No. 1017789e at Cai Indosuez, Geneva, Switzerland, and all interest, income, benefits, and all other proceeds traceable thereto. 07CV3559

Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by July 5, 2007, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.

Dated: New York, New York May, 2007
MICHAEL J. GARCIA
U.S. Attorney/SDNY
JOSEPH R. GUCCIONE
U.S. Marshal/SDNY
835061                 my21-M ju4

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** in each week for 3 successive weeks, commencing on the 21st day of May, 2007.

TO WIT: MAY 21, 29, 2007 JUNE 4, 2007

SWORN TO BEFORE ME, this 4th day
Of June, 2007.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 09, 2009