| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form.* |
|---|---|
| PLAINTIFF<br>**United States of America** | COURT CASE NUMBER<br>07 CV 3559 (LAP) |
| DEFENDANT<br>Approx. $84 Million on Deposit...INO Treasury of the Ministry of Finance... | TYPE OF PROCESS<br>Publication |

| SERVE ▶ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | **USMS - SDNY** |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 500 Pearl Str., NY, NY 10007 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL J. GARCIA, U.S. ATTORNEY - SDNY
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA

NEW YORK, NY 10007-1703
ATTENTION: Karyn Leon-Matovick/FSA Paralegal

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the attached notice of publication in the International Herald Tribune once a week for three consecutive weeks.

USAO#2007V0783  Cats#99-FBI-005634

Please return to: Karyn Leon-Matovick/FSA Paralegal (212) 637-2495

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
AUSA BARBARA A. WARD
TELEPHONE NUMBER: 212-637-1048
DATE: 5/25/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 
District of Origin No. 54
District to Serve No. 54
Date: 6/5/07

REMARKS: 7/11/07 - Notice was published in the International Herald Tribune on June 11, 18 and 25, 2007. (copy attached)

Date of Service: 7/11/07

PRIOR EDITIONS MAY BE USED
FORM USM-285

U.S. ATTORNEY COPY

RECEIVED
2007 JUL 10 AM 4 13
U.S. [illegible]
[illegible]

## AFFIDAVIT OF INSERTION OF ADVERTISEMENT

The International Herald Tribune

New York, NY

Jack Byrnes, Advertising Representative of The International Herald Tribune
Do certify that the advertisement for Sonshine Communications

Entitled:        USA -33s NOTICE OF CIVIL FOREFITURE

Measuring 6 Lines appeared in The International Herald Tribune on June 11, June 18 and June 25, 2007

*Jack Byrnes*
Advertising Rep

Sworn to and subscribed before me this __25__ day of __June__ 2007

*Linda M. Curtis*
Notary Public

My commission expires __9-23-2010__

Linda M. Curtis
Notary Public
County of Erie
State of New York
[illegible] 9-23 2010

Case 1:07-cv-03559-LAP   Document 4   Filed 07/12/2007   Page 3 of 4

## ECONOMIC OUTLOOK

# Asia is still haunted by risks to currency

**By Matthew Benjamin and Shamim Adam**

**WASHINGTON:** The next Asian contagion may be only a bad currency trade away.

Ten years after the collapse of overvalued Asian currencies in 1997, the remedies their governments embraced to prevent a recurrence may have traded one set of risks for another. Their "never again" determination has led them to new extremes: artificially low currencies, a record $3.4 trillion in reserves and export-reliant economies.

"The currency and financial policies in Asia today risk planting the seeds of a new and different financial crisis," said Nouriel Roubini, chairman of Roubini Global Economics and a professor at the Stern School of Business at New York University. "It's a dangerous system, both for these countries and for the global economy."

In emerging markets, central banks and governments are grappling with risks like inflation, asset bubbles and vulnerability to a U.S. slowdown. For investors, meanwhile, "risk has been underpriced," Roubini said, with the result that "this can have negative effects on bonds, currencies and equity markets."

Thailand began the Asian crisis in July 1997 when it devalued the baht in an effort to shore up its faltering economy, abandoning a costly policy of pegging the currency to the U.S. dollar.

That set off a chain reaction that turned the Asian investment and real estate boom into a bust, leading to a stampede by foreign investors to pull money out. The crisis worsened as foreign exchange reserves proved insufficient to prevent regional currencies from plummeting.

Emerging markets have made progress toward avoiding a repeat. Central banks are more independent, government debt has declined, financial systems are stronger and current-account balances are generally in surplus.

"A lot of lessons have been learned," said the financier George Soros, whom the then-prime minister of Malaysia, Mahathir Mohamad, blamed for worsening the 1997 crisis through currency speculation. Still, some governments have learned "the wrong lesson," Soros told reporters June 5 in São Paulo, citing price controls in Argentina and "very substantial reserves" in Brazil.

Anwar Ibrahim, the finance minister of Malaysia during the crisis, said that "fundamental flaws have not been corrected." Currencies are still inflexible, showing that "we are still in a state of denial," he said.

As investors fled Asia after the 1997 devaluation in Thailand, they set off a plunge in other currencies that had previously been propped up with fixed exchange rate regimes. The Indonesian rupiah fell 57 percent against the U.S. dollar, causing companies to buckle under $80 billion in foreign debt and leading to riots in Jakarta.

The Thai baht, the South Korean won and the Malaysian ringgit also plunged. Hong Kong, China, Singapore, Taiwan and the Philippines all suffered and the crisis spread to Latin America and Russia.

China, Hong Kong, Taiwan, Malaysia, Singapore, Thailand, India, Russia and Argentina still manage their currencies, generally maintaining artificially low levels. South Korea and Indonesia allow more flexibility.

"They're all managed floats," said Stephen Jen, global head of currency research for Morgan Stanley. "For the most part, they're more managed than float."

Cheap currencies have led to excessive monetary and credit growth worldwide, creating asset bubbles in South Korea and China and inflating consumer prices in India, Russia and Argentina.

Policy makers in Asia are adding restrictions on lending and increasing taxes on share trades to combat bubbles. Meanwhile, the buildup of foreign-exchange reserves, part of a prescription by the International Monetary Fund for avoiding a repeat of the 1997 crisis, has exceeded all expectations.

"Some lessons were overlearned," said Ted Truman, a senior fellow at the Peterson Institute for International Economics in Washington. He and other economists say the massive reserves contribute to excess liquidity.

There are opportunity costs to holding excess reserves that might otherwise be invested in infrastructure improvements, health care or higher-yielding assets, economists said.

Also, by focusing on exchange rates, governments in emerging economies may overlook other risks, said Stephen Roach, chief global economist at Morgan Stanley, who becomes the company's Asia chairman this month.

"The next crisis is never the same as the last," he said. "By fixating on the problems that foreshadowed the last crisis, the risk is Asia gets blindsided by another problem."

*Bloomberg News*

*Shamim Adam reported from Kuala Lumpur.*

---

### Global economic indicators

The top economic releases expected the week of June 18, including the median forecast of analysts surveyed by Bloomberg and the last reported figure.

| Day | Country | Indicator | Median forecast | Prior period |
|---|---|---|---|---|
| Mon. | United States | NAHB housing market index | 30 | 30 |
| Tues. | Germany | ZEW investor confidence | 29 | 24 |
| Tues. | Italy | Unemployment rate | 6.4% | 6.5% |
| Tues. | Canada | Consumer price index, year-on-year | 2.2% | 2.2% |
| Tues. | United States | Housing starts | 1.47 million | 1.53 million |
| Wed. | Japan | Merchandise trade balance | ¥470.4 billion | ¥922.8 billion |
| Wed. | Britain | Public sector net cash requirement | £7 billion | -£3.8 billion |
| Wed. | Sweden | Riksbank interest rate | 3.50% | 3.25% |
| Thurs. | France | Consumer spending, month-on-month | 0.5% | -0.3% |
| Thurs. | Italy | Consumer confidence | 109.8 | 109.5 |
| Thurs. | Euro zone | Manufacturing PMI | 54.9 | 55.0 |
| Thurs. | Euro zone | Services PMI | 57.3 | 57.3 |
| Thurs. | United States | Philadelphia Fed manufacturing index | 7.0 | 4.2 |
| Fri. | Germany | IFO business confidence | 108.4 | 108.6 |
| Fri. | Euro zone | Industrial orders, month-on-month | -0.8% | 2.7% |

**United States** — Housing starts in millions



**Germany** — IFO business confidence



### Global economy watch

A snapshot of key figures for the world's largest economies.

| Country | Annual GDP in billions | GDP growth | Surplus/deficit, percent of GDP | Inflation | Jobless rate |
|---|---|---|---|---|---|
| Brazil | $966.83 | 4.3% | 2.5% | 3.2% | 10.1% |
| Britain | 2,357.58 | 2.9 | -3.6 | 2.5 | 2.7 |
| Canada | 1,273.14 | 2.3 | 1.7 | 2.2 | 6.1 |
| China | 2,554.20 | 11.1 | -2.4 | 3.4 | 4.1 |
| Euro zone | 10,445.54 | 3.0 | -2.6 | 1.9 | 7.1 |
| France | 2,227.33 | 2.0 | -2.9 | 1.1 | 8.2 |
| Germany | 2,890.09 | 3.6 | -3.3 | 1.9 | 9.2 |
| India | 854.48 | 9.1 | -3.6 | 6.7 | 7.3 |
| Italy | 1,841.04 | 2.3 | -4.1 | 1.5 | 6.5 |
| Japan | 4,463.59 | 2.6 | -5.8 | 0.0 | 3.8 |
| Mexico | 811.28 | 2.6 | -1.2 | 4.0 | 3.6 |
| Russia | 975.34 | 7.9 | 9.9 | 7.6 | 7.0 |
| South Korea | 877.19 | 4.0 | 1.9 | 2.3 | 3.4 |
| United States | 13,262.07 | 1.9 | -1.5 | 2.7 | 4.5 |

Source: Bloomberg, IMF, local government agencies

---

## INVESTING
*Chet Currier*

# Bonds as barometer: It ain't necessarily so

**LOS ANGELES**

In the daily dance of the financial markets, it is plain to see who is leading and who is following right now.

When bond yields jump, stock prices slump. As the yield on 10-year U.S. Treasury notes has climbed past 5 percent to highs not seen since 2002, concern has spread that rising interest rates might disrupt the stock-market advance dating back to that same year.

There are several plausible reasons why higher rates look like bad news for stocks. But all that is theory. In practice, does a bad year for bonds automatically mean trouble for stocks as well?

The short answer is no. In the past 15 years, according to my Bloomberg, the yield on the 10-year Treasury has risen by more than 10 percent four times. In three of those four years, the Standard & Poor's 500-stock index posted gains averaging better than 20 percent.

A textbook case came in 1999, when the yield on the 10-year note climbed 39 percent, to 6.4 percent from 4.6 percent. The S&P 500 ran up a 20 percent gain anyway as stocks neared the peak of a great bull market.

See also 2003, which gave us an 11 percent rise in the Treasury yield and a 26 percent gain in stocks. Or 1996, when the Treasury yield increased 15 percent and stocks were up 20 percent.

The lone exception to this pattern was 1994, when the yield on the 10-year note jumped 34 percent, to 7.8 percent from 5.8 percent. That time the S&P 500 declined 1.5 percent.

Suppose you had some way of knowing each year in advance whether interest rates were going to rise or fall. Applying lessons we'd learned in the 1970s and '80s, you pulled your money out of stocks in '94, '96, '99 and '03.

You would have missed out on market gains, not counting dividends, averaging 16 percent per year. That is a high price to pay in any money management plan, short term or long.

Now, none of this is to say that the worries raised by the recent rise in interest rates are frivolous. Increased costs of credit really could put a dent in corporate earnings growth.

They could also chill enthusiasm for company takeovers by private-equity investors and buybacks by companies of big chunks of their own shares. These deals are typically financed with borrowed money.

A sustained rise in interest rates might serve to dry up the worldwide liquidity boom that has kept so many markets hopping in recent years, from commodities to junk bonds. To keep yourself awake some night, just imagine how a big move up in rates might play out in the derivatives market, where so many investors own a piece of other people's credit risk.

Not the sort of stuff to be taken lightly. Even so, the bullish argument for stocks — to which I still stubbornly subscribe — holds that this tale doesn't have to come to any such bad end.

With its rise from 4.4 percent in December to about 5.3 percent recently, the yield on the 10-year note is still pretty low in absolute terms. Over the last 20 years, it has averaged about 6.2 percent.

It spent much of the past few years at what amounted to artificially low levels. With so much liquidity sloshing around the world, investors large and small were willing to buy bonds at yields lower than seemed to be justified by economic circumstances.

Now, for whatever reason, this anomaly looks to be "normalizing" — although, as Timothy Geithner, president of the Federal Reserve Bank of New York, observed this week, "It's hard to know what normal is in a world that's changed so much."

The markets have some recent experience with credit normalization: the raising of the Federal Reserve's target interest rate on overnight bank loans from an abnormal 1 percent at mid-2004 to a presumably much more normal 5.25 percent at mid-2006 (and ever since). From mid-2004 through mid-2006, the S&P 500 climbed 11 percent a year, or 15 percent if you include dividends.

On that evidence, stocks ought to handle a normalization in longer-term interest rates with aplomb. The crucial question is how far the rise in rates goes.

How will we know when bond rates threaten to become something more ominous? The stock market may be among the first to tell us.

In the recent era of abnormally low rates, stock volatility has also been unusually low. If those days are over, it stands to reason that market volatility may be ready to normalize too.

*Bloomberg News*

# Oil & Money 2007

**InterContinental London Park Lane**
**October 30 & 31**

The 28th annual Oil & Money conference will be held at the InterContinental London Park Lane on October 30 & 31, 2007.

**Confirmed speakers include:**

**H.E. Mohamed Bin Dhaen Al Hamli,** President, OPEC, & Minister of Energy, U.A.E.

**Christophe de Margerie,** Chief Executive Officer, Total

**José Sergio Gabrielli de Azevedo,** CEO, Petróleo Brasileiro S/A - Petrobras

**Robert Dudley,** President & Chief Executive Officer, TNK-BP

**Malcolm Brinded,** Executive Director Exploration & Production and Member of the Board, Royal Dutch Shell plc

**Andrew Gould,** Chairman and Chief Executive Officer, Schlumberger Limited

**Chris Weafer,** Chief Strategist, Alfa-Bank

**Alastair Maxwell,** Managing Director, Morgan Stanley

**Johan Nell,** Partner - Chemicals and Petroleum Sector, IBM Global Business Services

**Shokri Ghanem,** Chairman, National Oil Corporation, Libya

**P.M.S. Prasad,** President & CEO, Petroleum Business, Reliance Industries Limited

**Ghassan Salamé,** Professor of International Relations, Institut d'Etudes Politiques

**Issam A.R. Al-Chalabi,** Former Minister of Oil, Iraq

**Marcel P. Kramer,** Chairman of the Executive Board and CEO, N.V. Nederlandse Gasunie

**Jon A. Marshall,** President & CEO, GlobalSantaFe

**Bernard J. Duroc-Danner,** Chairman, President & Chief Executive Officer, Weatherford International Ltd.

**Sadad Ibrahim Al Husseini,** Retired Executive Vice President, Saudi Arabian Oil Company & Independent Consultant

**Ron Oxburgh,** Chairman, D1 Oils

**2007 Petroleum Executive of the Year award winner:**
**H.E. Abdullah Bin Hamad Al-Attiyah,** Deputy Premier & Minister of Energy & Industry, Qatar

**Sponsors:**



**Morgan Stanley**

  ABN·AMRO Bank

**ExxonMobil**

**Standard Chartered**

**Convened by:**

 Energy Intelligence



THE WORLD'S DAILY NEWSPAPER

For further details, please contact:
**IHT Worldwide Events**
in London on

**T** +44 20 7510 5707
**E** bhagerty@iht.com
**W** www.IHTinfo.com/Events

The IBM logo is a registered trademark of IBM Corp. and is used under license.

---

# IHT Classifieds

For more classified advertising visit IHT.com

TO PLACE AN AD CALL
UK +44 8456 123993
The Americas +866 459 1121
France +33 1 41 43 93 85
Asia +603 2166 6650

## Recruitment

Tyndale Theological Seminary in the Netherlands, Amsterdam area is seeking a qualified and experienced **Associate Professor of Intercultural Studies and Practical Ministry (m/f)**
Requirements:
- Candidate must have a (PhD) degree and university teaching experience
- Must bring own salary
- Minimum 2 year commitment

For further information, visit our website www.tyndale-europe.edu, or contact us on Tel: +31.20.6596455.

### General Positions Available

**TROY UNIVERSITY - PACIFIC REGION POSITIONS**
Troy University Pacific Region - Asia is accepting applications for Full-Time and Adjunct (Part-Time) faculty for teaching positions in Okinawa, Japan; Misawa, Japan; and Seoul, Korea. Candidates must have earned a doctorate in International Relations or Political Science with a concentration in International Relations. Ideal candidates will have a background in Asian Studies / National Security Studies and / or IR Theory and will have demonstrated the ability to teach. Troy University is a student-centered, teaching university that focuses on academic excellence. It is dedicated to providing students from diverse backgrounds an academically challenging education. Teaching duties will include both classroom and online instruction. Incumbents will have access to US Military Bases and carry DoD ID cards, thus, must be US Citizens and able to pass a security background investigation. Troy University will accept applications through 7 July 2007. Submit a letter of application, curricula vitae, unofficial transcripts, and three letters of reference to Troy University, ATTN: Mr. Phillip W. Gray; Director, Pacific Region; 18 MSS/DPE; Unit 5134; Box 40; APO AP 96368-5134; FAX: 011-81-611-734- 2041 or e-mail pgray6867@troy.edu. Application can be found at http://www.troy.edu/humanresources/forms.htm Troy University is an AA/EEOC employer and encourages applications from individuals with disabilities, females, and minorities.

### General Positions Available

**WRITERS**
**THE SILVER VOICE**
New magazine publishing the best in creative writing from around the globe. $500/article published on paper copy, any topics welcome, quality most important. Please e-mail submissions to:
editor@thesilvervoice.com
www.thesilvervoice.com
No publish, No pay. 1 year subscription, 12 issues, $50.00

### Educational Positions Available

**US educational institution** Paris 7th seeking a Paris-based, long-term part-time Assistant Dean with US PhD, strong international business exposure and academic experience, one day a week. Please send CV to info@ism.edu."

### READER WARNING

While the International Herald Tribune has endeavored to ensure, to its satisfaction, the legitimacy and accuracy of the advertisements included in the newspaper at the time of publication, it cannot accept liability for loss or damage that any of its readers may directly or indirectly suffer or incur as a result of relying on such advertisements or in any dealings with any party placing such advertisements.

## General

### Announcements

**FEELING Low?** Having problems? SOS Help crisis-line in English from 3pm-11pm Paris 33(0)14621 4646

### Business & Leisure Travel

**1st/Business Class Worldwide**
Up to 50% off. Round-the-World-Trips. 1st class from US $3,900. Business class from US $2,800. Imperial American Express Travel Services. Tel: 1-514-341-7220.
www.imptrav.com

### Education

**UK CO-ED BOARDING SCHOOL**
- A history of being a Sunday Times UK Top Academic School
- Boarding ~ superb high quality
- £20m invested in new facilities
- Small classes with caring staff
- First class Equestrian Centre
- 97% to the best Universities
- Happy and confident pupils
- Safe, protected, private campus
- Girls and boys aged 5 to 20
- Prospectus + video in: English, Chinese, German, Japanese, Korean, Russian or Spanish
Queen Ethelburga's College
Thorpe Underwood, York, UK
Tel: +44 (0)1423 333330. Email: remember@compuserve.com
Web: www.queenethelburgas.edu

### Life Insurance

Up to $50,000,000 of risk/term life insurance for applicants up to age 89. Complete our request for quote form at www.AEIB.com

### Sales

### London Property Search

**LOOKING FOR PROPERTY?**
Let a property expert work on your behalf to find and secure the right purchase/rental in Central London. Visit www.homes-one.com or tel: 0207 565 7665 for a free consultation

### Business Opportunities

**NEW SWISS HEALTHY DRINK!**
Swiss Company Looking for Distributors www.edel-tonic.com
Tel: + 41 79 790 75 77

### Legal Notices

USA-33s-I00-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94
UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK
On May 3, 2007, the United States of America commenced a civil action demanding forfeiture thereof under the provisions of 18 U.S.C. § 981 (a) (1) (C), Approximately $84 Million on Deposit in Account No. T-94025 in the name of the Treasury of the Ministry of Finance of the Republic of Kazakhstan at Pitet & Cie, Geneva, Switzerland, formerly on Deposit in Account No. 1017789e at Cai Indosuez, Geneva, Switzerland, and all interest, income, benefits, and other proceeds traceable thereto. 07CV3559
Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by July 26, 2007, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.
Dated: New York, New York
May, 2007
MICHAEL J. GARCIA
U.S. Attorney/SDNY
JOSEPH R. GUCCIONE
U.S. Marshal/SDNY