UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                  :

                                          :    FIRST AMENDMENT TO
       - v. -                             :    STIPULATION AND ORDER

                                          :    07 Civ. 3559 (LAP)

APPROXIMATELY $84 MILLION ON              :
DEPOSIT IN ACCOUNT NO. T-94025
IN THE NAME OF THE TREASURY OF            :
THE MINISTRY OF FINANCE OF THE
REPUBLIC OF KAZAKHSTAN AT PICTET          :
& CIE, GENEVA, SWITZERLAND,
FORMERLY ON DEPOSIT IN ACCOUNT            :
NO. 1017789E AT CAI INDOSUEZ,
GENEVA, SWITZERLAND, AND ALL              :
INTEREST, INCOME, BENEFITS, AND
OTHER PROCEEDS TRACEABLE THERETO,         :

       Defendant in rem.                  :

- - - - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED, by and between

plaintiff United States of America and the Republic of

Kazakhstan, that:

       1.   The first sentence of Paragraph 3, page 6, of the

Stipulation and Order executed on May 3, 2007, is amended by

deleting the phrase "nine (9) months" and replacing it with

"thirteen (13) months."

       2.   This Amendment has been signed by counsel for the

United States of America and the Republic of Kazakhstan, each of

whom represents that he or she is authorized to enter into this

agreement.

3.    This Amendment may be executed in counterpart

originals.

Dated: New York, New York
       February 4, 2008
              5

STEPTOE & JOHNSON LLP
Attorneys for Claimant
Republic of Kazakhstan

By: _____
Reid H. Weingarten, Esq.
William T. Hassler, Esq.
John D. Lovi, Esq.
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Telephone:  (202) 429-3000

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Plaintiff

By: _____
Barbara A. Ward
Asst. United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone:  (212) 637-1048

Daniel H. Claman
Senior Trial Attorney
Asset Forfeiture and Money
  Laundering Section
U.S. Department of Justice
1400 New York Ave., NW
Suite 10100
Washington, D.C.  20005
Telephone: (202) 514-1263

SO ORDERED:

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Date: February 6, 2008

2